UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-112-RHW-1 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | UNOPPOSED MOTION TO MODIFY |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| PALMER HANSON, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendant's unopposed Motion to Modify **(Ct. Rec. 57)** is **GRANTED.**

The Order Setting Conditions of Release filed July 31, 2007, is **MODIFIED**, removing Defendant Hanson from home detention.  Defendant shall be subject to a curfew of 7:00 p.m. to 6:00 a.m.

**All other release conditions shall remain in effect.**

DATED September 7, 2007.


                            S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF RELEASE - 1