UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-112-RHW-1 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | UNOPPOSED MOTION TO MODIFY |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| PALMER HANSON, | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that Defendant's unopposed Motion to Modify **(Ct. Rec. 69)** is **GRANTED**.

The Order Setting Conditions of Release entered on July 31, 2007, shall be modified, changing Defendant Hanson's curfew from 12:30 AM to 6:00 AM. All other release conditions shall remain in effect.

DATED October 23, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF RELEASE - 1